```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------------X  ELECTRONICALLY FILED
                                              :  DOC #:_____
JAMES MURPHY,                                 :  DATE FILED: 1/10/2020
                                              :
                          Plaintiff,          :
                                              :       19 Civ. 10329 (LGS)
              -against-                       :
                                              :             ORDER
LITTLE CAESAR ENTERPRISES, INC.,              :
                                              :
                          Defendant.          :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated November 14, 2019, set the initial conference for January 16, 2020, at 10:30 A.M. in Courtroom 1106 of the United States District Court for the Southern District of New York (Dkt. 11). The Order stated that the parties shall submit a joint letter and a Proposed Civil Case Management Plan and Scheduling Order by January 9, 2020;

WHEREAS, the parties have not filed a joint letter or a Proposed Civil Case Management Plan and Scheduling Order. It is hereby

**ORDERED** that, by **January 13, 2020, at 3:00 P.M.**, the parties file a joint letter and a Proposed Civil Case Management Plan and Scheduling Order.

The parties are reminded to follow the Individual Rules for this Court.

Dated: January 10, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**