# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112-0015
212.653.8700 main
212.653.8701 main fax
www.sheppardmullin.com

January 10, 2020

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/13/2020__

The Honorable Lorna G. Schofield
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *James Murphy v. Little Caesar Enterprises, Inc.*
           Civil Action No. 1:19-cv-10329

Dear Judge Schofield:

    We represent Defendant Little Caesar Enterprises, Inc. ("Defendant") in the above-referenced action. I write, with the consent of counsel for Plaintiff James Murphy ("Plaintiff"), to request a brief adjournment of the preliminary conference in this action which is currently scheduled for Thursday, January 16, 2020, until January 29, 2020, or a date that is otherwise convenient for the Court.

    The reason for the requested adjournment is that Defendant's time to answer or otherwise respond to the Complaint is currently January 17, 2020, and Defendant anticipates filing a pre-motion letter in support of a motion to dismiss on such date. The proposed adjournment would allow the Court and the parties to discuss the anticipated motion to dismiss at the pre-motion conference. Plaintiff consents to the proposed adjournment and no previous requests have been made for the relief sought herein.

    I sincerely thank Your Honor for your time and attention to this matter.

The initial conference set for January 16, 2020, at 10:30 A.M. is adjourned to February 6, 2020, at 10:30 A.M. The parties shall re-file all pre-initial conference materials and file any pre-motion letters by January 30, 2020. SO ORDERED.

Dated: January 13, 2020
       New York, New York

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

   *s/Sean J. Kirby*
   30 Rockefeller Plaza
   New York, New York 10112
   (212) 653-8700
   skirby@sheppardmullin.com

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

-1-