```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES MURPHY                                                :
                              Plaintiff                     :
                                                            :       19 Civ. 10329 (LGS)
              -against-                                     :
                                                            :              ORDER
LITTLE CAESAR ENTERPRISES, INC.                             :
                              Defendant.                    :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 20, 2020, Defendant filed a motion to dismiss the Complaint. ECF 22;

WHEREAS, on February 26, 2020, Plaintiff filed a First Amended Complaint. ECF 26. It is hereby

**ORDERED** that Defendant's motion to dismiss is denied as moot. It is further

**ORDERED** that Defendant may file a motion to dismiss the First Amended Complaint and accompanying memorandum of law no later than **March 26, 2020**. Plaintiff shall file his opposition no later than **April 9, 2020**. Defendant shall file its reply no later than **April 16, 2020**. The submissions shall comply with the Court's Individual Rules.

Dated: March 10, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**