UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES MURPHY,<br><br>                       Plaintiff,<br><br>    - against -<br><br>LITTLE CAEASAR ENTERPRISES, INC.,<br><br>                       Defendant. | 19 Civ. 10329<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

    WHEREAS, Defendant filed a motion to dismiss the First Amended Complaint on March 26, 2020.  ECF 28.  The motion was fully briefed on April 16, 2020.  ECF 34;

    WHEREAS, discovery concludes in this matter on July 5, 2020.  ECF 39.  It is hereby

    **ORDERED** that discovery in this matter is STAYED pending the Court's adjudication of Defendant's motion to dismiss the First Amended Complaint.

Dated: June 8, 2020
       New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE