UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JAMES MURPHY,                                               :
                           Plaintiff      :      19 Civ. 10329 (LGS)
                                                            :
               -against-                          :              ORDER
                                                            :
LITTLE CAESAR ENTERPRISES, INC.                             :
                         Defendant.     :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on June 18, 2020, the Court issued an Opinion & Order granting Defendant's motion to dismiss the First Amended Complaint. ECF 42;

      WHEREAS, the June 18, 2020, Opinion & Order stated that "Plaintiff may seek leave to replead within 14 days of the date of this Opinion." *Id*. It further stated that "[i]f Plaintiff does not timely file" a letter requesting to replead, "the Court will enter final judgment of dismissal and direct the Clerk of Court to close this case." *Id*.;

      WHEREAS, the fourteen-day deadline has passed and Plaintiff has not sought leave to replead. It is hereby

      **ORDERED** that this case is dismissed. The Clerk of Court is directed to enter judgment in favor of Defendant and to close this case.

Dated: July 3, 2020
       New York, New York

                                                           LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE