**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

7/6/2020

JAMES MURPHY,

Plaintiff,

-against-                                        19 **CIVIL** 10329 (LGS)

## JUDGMENT

LITTLE CAESAR ENTERPRISES, INC.,

Defendant.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated July 6, 2020, the Court issued an Opinion & Order on June 18,

2020, granting Defendant's motion to dismiss the First Amended Complaint. The Opinion &

Order stated that "Plaintiff may seek leave to replead within 14 days of the date of this Opinion."

It further stated that "[i]f Plaintiff does not timely file" a letter requesting to replead, "the Court

will enter final judgment of dismissal and direct the Clerk of Court to close this case." The

fourteen-day deadline has passed and Plaintiff has not sought leave to replead, and this case is

dismissed. Judgment is entered in favor of Defendant: accordingly, the case is closed.

**Dated:**  New York, New York
         July 6, 2020

**RUBY J. KRAJICK**

_____

**Clerk of Court**

BY:

_____
**Deputy Clerk**